Samuel F. Frank, of New York City, for appellant.

Nathan Burkan, of New York City (Herman Finkelstein, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below.[1]

■

**John LUDWIG, Appellant, v. UNITED STATES of America.**

No. 8808.

Circuit Court of Appeals, Eighth Circuit.

Jan. 23, 1930.

John J. Glynn and Turner W. Bell, both of Leavenworth, Kan., for appellant.

Harry L. Thomas, Asst. U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee under Rule 16.

■

**Minnie McCLELLAN, Appellant, v. UNITED STATES of America.**

No. 8687.

Circuit Court of Appeals, Eighth Circuit.

Dec. 4, 1929.

Gene G. Diemer, of Springfield, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

---

[1]The opinion of the District Court was as follows:

KNOX, District Judge. The bill of complaint will be dismissed. All that plaintiff now seeks to bring before the court might have been brought years ago had she been diligent in her effort to do so. Litigation must end some time, and, when a case has been tried, and the judgment of the trial court affirmed, it will require a situation that is not here disclosed to induce a court to permit an attempt at impeachment of a final judgment of more than ten years' standing.

PER CURIAM.

Appeal dismissed on motion of counsel for appellee, without costs to either party in this court.

■

**Walter McGILL v. UNITED STATES of America.**

No. 6096.

Circuit Court of Appeals, Ninth Circuit.

March 10, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Upon motion of appellee, ordered appeal dismissed for failure of appellant to file record and docket cause.

■

**MAH KET, Appellant, v. Luther WEEDIN, Commissioner of Immigration, Seattle, Washington, Appellee.**

No. 6021.

Circuit Court of Appeals, Ninth Circuit.

March 17, 1930.

John J. Sullivan and Michael F. Ward, both of Seattle, Wash., for appellant.

Anthony Savage, U. S. Atty., and Hamlet P. Dodd, Asst. U. S. Atty., both of Seattle, Wash. (John F. Dunton, U. S. Immigration Service, of Seattle, Wash., on the brief), for appellee.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

DIETRICH, Circuit Judge.

Held for deportation upon a warrant issued, after hearing, by the Secretary of Labor, the appellant, a Chinese national aged forty years, petitioned the court below for a writ of habeas corpus. From an order denying the writ he appeals.